# IN THE DISTRICT COURT OF THE UNITED STATES
## For the Western District of New York

---

|  |  |
|---|---|
| | April 2024 GRAND JURY<br>(Impaneled April 30, 2024) |
| THE UNITED STATES OF AMERICA | **INDICTMENT** |
| *-vs-* | Violations:<br>18 U.S.C. § 922(a)(1)(A)<br>18 U.S.C. § 922(o)(1) |
| **DEVONTAE JONES** | |
| | (4 Counts) |

## COUNT 1

**(Dealing Firearms Without a License)**

**The Grand Jury Charges That**:

Between on or about February 28, 2024, and on or about May 15, 2024, the exact dates being unknown to the Grand Jury, in the Western District of New York, and elsewhere, the defendant, **DEVONTAE JONES,** not being a licensed dealer, importer, manufacturer of firearms within the meaning of Chapter 44, Title 18 United States Code, did willfully and unlawfully engage in the business of dealing firearms and, in the course of such business, did ship and transport firearms in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a) and 924(a)(1)(D).

## COUNT 2

**(Transfer of a Machinegun)**

**The Grand Jury Further Charges That**:

Between on or about March 9, 2024, and on or about March 15, 2024, in the Western District of New York, and elsewhere, the defendant, **DEVONTAE JONES,** did knowingly possess and transfer a machinegun, namely: one (1) FMK model AG1, 9mm pistol, bearing serial number AG1BB00082, equipped with a machinegun conversion device.

**All in violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).**

## COUNT 3

**(Transfer of Machineguns)**

**The Grand Jury Further Charges That**:

Between on or about March 27, 2024, and on or about April 8, 2024, in the Western District of New York, and elsewhere, the defendant, **DEVONTAE JONES,** did knowingly possess and transfer machineguns, namely: one (1) Glock model 21, .45 caliber pistol, bearing serial number AHEG021, equipped with a machine gun conversion device, and one (1) Glock model 22, .40 caliber pistol, bearing serial number BBM857US, equipped with a machinegun conversion device.

**All in violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).**

## COUNT 4

**(Transfer of a Machinegun)**

**The Grand Jury Further Charges That**:

Between on or about May 4, 2024, and on or about May 18, 2024, in the Western District of New York, and elsewhere, the defendant, **DEVONTAE JONES,** did knowingly possess and transfer a machinegun, namely, one (1) Glock model 26, 9mm pistol, bearing serial number BCEH873, equipped with a machinegun conversion device.

**All in violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).**

DATED:   Rochester, New York, March 27, 2025.

                                       MICHAEL DiGIACOMO
                                       United States Attorney

By:   *s/Matthew T. McGrath*
        MATTHEW T. McGRATH
        Assistant U.S. Attorney
        United States Attorney's Office
        Western District of New York
        100 State Street, Suite 500
        Rochester, New York 14614
        (585) 399-3965
        Matthew.McGrath@usdoj.gov

A TRUE BILL:

*s/Foreperson*
FOREPERSON